### April 13, 1976

M. P. No. 76-96. STATE *v.* JOHN ABBOTT AND RICHARD FREE-MAN. Motion of defendants for release on bail pending appeal is denied. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendants.

### April 14, 1976

M. P. No. 76-108. JOHN E. PEARSON *et al. v.* OLD STONE SAVINGS BANK *et al.* Motion of plaintiffs for a stay pending appeal under Rule 8 is denied. *Letts, Quinn & Licht, Frank Licht, Richard A. Licht,* for plaintiffs. *Tillinghast, Collins & Graham, Peter J. McGinn, Robert W. Edwards,* for defendants.

### April 15, 1976

M. P. No. 76-149. STATE *v.* RALPH S. BYRNES *et al.* State is directed to file its answer to the petition for writ of certiorari and for a stay and to show cause, if any it has, why the petition and/or the stay should not be granted, said answer to be filed on or before Monday, April 19, 1976 at 9:30 a.m. Bevilacqua, C. J. not participating. *Bevilacqua & Cicilline, John F. Cicilline, Harris Berson, Paul DiMaio, Harvey Brower,* Boston, Mass., for defendants-petitioners.